Philip C. **BIKLE**, Plaintiff–Appellant,

v.

A. **SANTOS**, Officer, in his individual capacity; et al., Defendants– Appellees.

No. 14–55077.

United States Court of Appeals, Ninth Circuit.

Submitted June 22, 2015.*

Filed July 1, 2015.

Philip C. Bikle, Anaheim, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See *Fed. R.App. P. 34(a)(2).*

**425**

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Philip C. Bikle appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action arising out of a traffic citation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Barrett v. Belleque,* 544 F.3d 1060, 1061 (9th Cir.2008), and we affirm.

The district court properly dismissed Bikle's action as frivolous because Bikle's claims lacked any arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989) (a "frivolous" claim lacks an arguable basis either in law or in fact; "[the] term 'frivolous' ... embraces not only the inarguable legal conclusion, but also the fanciful factual allegation"); *see also New York v. Class,* 475 U.S. 106, 114, 117–18, 106 S.Ct. 960, 89 L.Ed.2d 81 (1986) (there is "no reasonable expectation of privacy" in a vehicle's VIN number under the Fourth Amendment); *cf. In re Arturo D.,* 27 Cal.4th 60, 115 Cal.Rptr.2d 581, 38 P.3d 433, 450–51 (2002) (a police officer's limited search of the vehicle's glove compartment and other areas constituted a reasonable search when the plaintiff was unable to produce a driver's license and registration).

The district court did not abuse its discretion by dismissing Bikle's action without leave to amend because amendment would have been futile. *See Lopez v. Smith,* 203 F.3d 1122, 1130 (9th Cir.2000) (en banc) (setting forth standard of review).

We do not consider issues or arguments raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

Bikle's requests for judicial notice, filed on August 28, 2014, are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.